IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHELLE R. ULZHEIMER-PECK | ) | |
| aka MICHELLE R. PECK | ) | |
| aka MICHELLE R. ULZHEIMER | ) | CHAPTER 13 |
| Debtor | ) | |
| DITECH FINANCIAL LLC | ) | |
| Movant | ) | no. 17-04538 HWV |
| vs. | ) | |
| | ) | |
| IN RE: MICHELLE R. ULZHEIMER-PECK | ) | |
| aka MICHELLE R. PECK | ) | |
| aka MICHELLE R. ULZHEIMER | ) | |
| Debtor | ) | 11 USC Section 362 |
| | ) | |
| CHARLES J DEHART, III ESQ. | ) | |
| Trustee | ) | |

## VERIFICATION

I verify under penalty of perjury that the foregoing statements are true and correct.

/s/ Michelle R. Ulzheimer-Peck
_____
Michelle R. Ulzheimer-Peck

Date: 10/25/18