```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04538-HWV
Michelle R Ulzheimer-Peck                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: TWilson           Page 1 of 1           Date Rcvd: Nov 23, 2018
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2018.
db             +Michelle R Ulzheimer-Peck,   5 Courtland Road,   Camp Hill, PA 17011-6610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Michelle R Ulzheimer-Peck Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle R. Ulzheimer-Peck aka Michelle R Peck aka Michelle R Ulzheimer <br>            Debtor | CHAPTER 13 |
| Ditech Financial LLC <br>            Movant <br> vs. | NO. 17-04538 HWV |
| Michelle R. Ulzheimer-Peck aka Michelle R Peck aka Michelle R Ulzheimer <br>            Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br>            Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: November 23, 2018          By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)