UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANI

IN RE:  CASE NO: 1704538

MICHELLE ULZHEIMER PECK
SSN#: xxx-xx-1973
Borrower#: 1028234885  CHAPTER BK13

Debtor(s)  CLAIM#: 6

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, MIDDLE DISTRICT OF PENNSYLVANI, make note of the changes in ED's addresses:

**PAYMENTS:**

Old: U.S. Department of Education
National Payment Center
P O Box 105028
Atlanta, GA 30348-5028

New: **U.S. DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P O Box 790336
St. Louis, MO 63179-0336**

**NOTICES:**

Old: U.S. Department of Education
P O Box 16448
Saint Paul, MN 55116-0448

New: **U.S. DEPARTMENT OF EDUCATION
P O Box 16448
Saint Paul, MN 55116-0448**

Respectfully submitted this day, March 11, 2019

/s/ Xiong Me Lo
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN 55116-0448
PH: (800) 363-4562  Fax: (877) 865 9741