```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04538-HWV
Michelle R Ulzheimer-Peck                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson            Page 1 of 1              Date Rcvd: May 30, 2019
                        Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4993788       E-mail/Text: bankruptcy.bnc@ditech.com May 30 2019 19:16:14
         Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
         Rapid City, South Dakota 57709-6154
                                                                                                                   TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
        Ashlee Crane Fogle   on behalf of Creditor   Loancare, LLC afogle@rascrane.com
        Brian C Nicholas   on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Michael S Travis   on behalf of Debtor 1 Michelle R Ulzheimer-Peck Mtravislaw@comcast.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                       TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-04538-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michelle R Ulzheimer-Peck
5 Courtland Road
Camp Hill PA 17011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/30/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450<br>LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/01/19

Terrence S. Miller
**CLERK OF THE COURT**