UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                  CASE NO.: 1:17-bk-04538-HWV
                                                CHAPTER 13

Michelle R Ulzheimer-Peck
*aka Michelle R Peck*
*aka Michelle R Ulzheimer*,

     Debtor.

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of LOANCARE, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

                                   RAS Crane, LLC
                                   Authorized Agent for Secured Creditor
                                   10700 Abbott's Bridge Road, Suite 170
                                   Duluth, GA 30097
                                   Telephone: 470-321-7112
                                   Facsimile: 404-393-1425
                                   By: /s/Francis Laryea
                                   Francis Laryea, Esquire
                                   Email: flaryea@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL S TRAVIS
3904 TRINDLE ROAD
CAMP HILL, PA 17011

CHARLES J DEHART, III (TRUSTEE)
CHAPTER 13 STANDING TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

MICHELLE R ULZHEIMER-PECK
5 COURTLAND ROAD
CAMP HILL, PA 17011

                                              RAS Crane, LLC
                                              Authorized Agent for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425
                                              By: /s/Francis Laryea
                                              Francis Laryea, Esquire
                                              Email: flaryea@rascrane.com