IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  Case No. 1:17-bk-04538-HWV
 Chapter 13

Michelle R Ulzheimer-Peck aka Michelle R
Peck aka Michelle R Ulzheimer

Debtor(s).

## NOTICE OF APPEARANCE

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Daniel P. Jones, Esquire
 Daniel P. Jones, Esquire,
 Bar No: 321876
 Stern & Eisenberg, PC
 1581 Main Street, Suite 200
 The Shops at Valley Square
 Warrington, PA 18976
 Phone: (215) 572-8111
 Fax: (215) 572-5025
 djones@sterneisenberg.com
 Attorney for Creditor

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of November, 2020, to the following:

Michael S Travis
3904 Trindle Road
Camp Hill, PA 17011
Mtravislaw@comcast.net
*Attorney for Debtor(s)*


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Michelle R Ulzheimer-Peck aka Michelle R Peck aka Michelle R Ulzheimer
5 Courtland Rdoad
Camp Hill, PA 17011

*Debtor(s)*

                By:  */s/Daniel P. Jones, Esquire*