United States Bankruptcy Court
Middle District of Pennsylvania

In re:      Case No. 17-04538-HWV
Michelle R Ulzheimer-Peck      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 10, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5432893 | + | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, JP MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services 92619-2708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Loancare LLC afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Loancare LLC cwohlrab@raslg.com |
| Daniel Philip Jones | on behalf of Creditor CitiMortgage Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| | |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank Trustee RCF 2 Acquisition bk@rgalegal.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor JP Morgan Mortgage Acquisition Corporation bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor CitiMortgage Inc. pamb@fedphe.com |
| Michael S Travis | on behalf of Debtor 1 Michelle R Ulzheimer-Peck travisattorney@protonmail.com |
| Sindi Mncina | on behalf of Creditor Loancare LLC smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:17-bk-04538-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Michelle R Ulzheimer-Peck  
5 Courtland Road  
Camp Hill PA 17011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/09/2022.

Name and Address of Alleged Transferor(s):

Claim No. 2: JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services

Name and Address of Transferee:

U.S. Bank Trust National Association  
Selene Finance, LP  
9990 Richmond Ave. Suite 400 South  
Attn: BK Dept  
Houston TX 77042  
U.S. Bank Trust National Association

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/12/22

Terrence S. Miller  
**CLERK OF THE COURT**

Case 1:17-bk-04538-HWV   Doc 59   Filed 02/12/22   Entered 02/13/22 00:20:54   Desc
Imaged Certificate of Notice   Page 3 of 3