# UNITED STATES BANKRUPTCY COURT
## MIDDLE District of PENNSYLVANIA

In re:                                                  Case No. 17-04538
MICHELLE R ULZHEIMER-PECK
Debtor(s).

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

"U.S. BANK TRUST NATIONAL ASSOCIATION,                    Court Claim # 2-2
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCF 2 ACQUISITION
TRUST C/O U.S. BANK TRUST NATIONAL
ASSOCIATION"
Name of Secured Creditor

Old Address of Secured Creditor:

Selene Finance, LP
9990 Richmond Ave.
Suite 400 South
Houston, TX  77042

New Name and/or Address where **NOTICES** to Secured Creditor
should be sent:

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor
should be sent (if different from above):

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Nathalie Rodriguez_____          Date:  June 7, 2022_____
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHELLE R ULZHEIMER-PECK
5 COURTLAND ROAD
CAMP HILL, PA 17011

And via electronic mail to:

MICHAEL S TRAVIS
3904 TRINDLE ROAD
CAMP HILL, PA 17011

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/Hayley Copher