| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michelle R Ulzheimer-Peck |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of Pennsylvania (State) |
| Case number | 1:17-bk-04538-HWV |

# Form 4100R
# Response to Notice of Final Cure          10/15

___

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

**Court claim no. (if known):** 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 1033

**Property address:**  5 COURTLAND ROAD ,
                    Number        Street

CAMP HILL, PA 17011
City                   State        ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $_____

## Part 3:  Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
                                                      08/01/2023

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:          + (b) $_____
c. Total. Add lines a and b.                                               (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                              MM/  DD/ YYYY

| Debtor 1 | Michelle R Ulzheimer-Peck | | Case number *(if known)* | 1:17-bk-04538-HWV |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | X   /S/ Michelle L. McGowan | Date   08/07/2023 |
|---|---|---|
| | Signature | |
| Print | Michelle L. McGowan | Title  Authorized Agent |
| | First Name   Middle Name   Last Name | |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 13010 Morris Rd., Suite 450 |
|---|---|
| | Number   Street |
| | Alpharetta, GA   30004 |
| | City   State   Z P Code |
| Contact | 470-321-7112         Email  mimcgowan@raslg.com |

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Michelle R Ulzheimer-Peck
5 Courtland Road
Camp Hill, PA 17011

And via electronic mail to:

Michael S Travis
3904 Trindle Road
Camp Hill, PA 17011

ack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                        By: /s/ *Justine Bennett*
                                        Justine Bennett
                                        Email: Jusbennett@raslg.com