IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Michelle R. Ulzheimer-Peck ) CHAPTER 13
 )
    Debtor ) CASE NO. 1-17-04538 HWV

CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING DOMESTIC
SUPPORT OBLIGATIONS AND 11 USC SECTION 522(q)

*If a joint petition is filed, each spouse must complete and file a separate certification*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    __✓__ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    ____ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address is: _____
    My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q)(check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    x I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds the aggregate value allowed in 11 USC Sect. 522(q)(1), and (2) that exceeds $170,350* in value in the aggregate.

    ____ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds that exceeds $170,350* in value in the aggregate.

*Amounts are subject to adjustment on 4/1/22 and every 3 years thereafter with respect to case commenced on or after the date of adjustment

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 8/23/23  BY: _____
                          Michelle R. Ulzheimer-Peck, Debtor

revised form 2830 4/1/19