In re:  Case No. 17-04538-HWV

Michelle R Ulzheimer-Peck  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Sep 14, 2023  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle R Ulzheimer-Peck, 5 Courtland Road, Camp Hill, PA 17011-6610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

**Name**  **Email Address**

Ashlee Crane Fogle
    on behalf of Creditor Loancare  LLC afogle@rascrane.com

Brian C Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Charles G. Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
    on behalf of Creditor Loancare  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Daniel Philip Jones
    on behalf of Creditor CitiMortgage  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

Emmanuel Joseph Argentieri

| | |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank Trustee RCF 2 Acquisition bk@rgalegal.com |
| | on behalf of Creditor JP Morgan Mortgage Acquisition Corporation bk@rgalegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor CitiMortgage Inc. pamb@fedphe.com |
| Michael S Travis | on behalf of Debtor 1 Michelle R Ulzheimer-Peck travisattorney@protonmail.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com |
| Sindi Mncina | on behalf of Creditor Loancare LLC smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Michelle R Ulzheimer−Peck, <br> aka Michelle R Peck, aka Michelle R Ulzheimer, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−04538−HWV |

Social Security No.:
        xxx−xx−1973

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 14, 2023

**fnldec** (01/22)